FILED by _____ TB ____ D.C.

**Mar 1, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 18-20138-CR-COOKE/GOODMAN

CASE NO. _____

18 U.S.C. § 924(o)
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

**v.**

**LIER PRIETO,**

       **Defendant.**

_____ /

## INFORMATION

The United States Attorney charges:

From on or about January 1, 2012, through on or about May 23, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LIER PRIETO,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the United States Attorney, to use, carry and possess a firearm in furtherance of crimes of violence, that is, a violation of Title 18, United States Code, Sections 1951(a), and a drug trafficking crime, that is, a violation of Title 21, United States Code, Section 846, which are offenses for which the defendant may be prosecuted in a court of the United States, and to possess a firearm in furtherance of such crimes, in violation of Title 18, United States Code, Section 924(c)(1)(A), all in violation of Title 18, United States Code, Section 924(o).

## FORFEITURE ALLEGATIONS

The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which defendant, **LIER PRIETO,** has an interest.

1.      Upon conviction of a violation of Title 18, United States Code, Section 924(o), the defendant shall forfeit to the United States any firearm and ammunition involved or used in the commission of said violation pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, all made applicable by Title 28, United States Code, Section 2461(c).


BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY


IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**    CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

**LIER PRIETO**

_____ Defendant. ____ /    **Superseding Case Information:**

**Court Division:** (Select One)

[✓] Miami   [ ] Key West
[ ] FTL   [ ] WPB   [ ]FTP

New Defendant(s)          Yes [ ]      No [ ]
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   YES
   List language and/or dialect   SPANISH

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| I | 0 to 5 days |
| II | 6 to 10 days |
| III | 11 to 20 days |
| IV | 21 to 60 days |
| V | 61 days and over |

(Check only one)

[✓] Petty
[ ] Minor
[ ] Misdem.
[ ] Felony   [✓]

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: 2017R01839 7   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers:   14-20398-CR-CMA: 17-20701-CR-MGC: 15-20169-CR-JEM
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes [ ]   No [✓]

Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar. No. 16275

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: LIER PRIETO**

**Case No:** _____

Count #: 1

**Conspiracy to Possess a Firearm in Furtherance of Violent and Drug Trafficking Crimes**

Title 18, United States Code Section 924(o)

\* **Max. Penalty**: 20 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| LIER PRIETO | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*


_____
*Signature of defendant's attorney*

LIER PRIETO
_____
*Printed name of defendant's attorney*


_____
*Judge's signature*


_____
*Judge's printed name and title*