UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20138-CR-COOKE/GOODMAN

UNITED STATES OF AMERICA

vs.

LIER PRIETO,

        Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the Government would have proved beyond a reasonable doubt that the following facts occurred in Miami-Dade County, in the Southern District of Florida and elsewhere:

From or around January 2010 or earlier, and continuing to at least June 2015 or later, a group of individuals including Jean Marrero Lara (LARA), Raonel Valdez Valhuerdis (R. VALHUERDIS), Alfredo Kindelan Hernandez (HERNANDEZ), Jorge Contino Valhuerdis (J. VALHUERDIS), Leonardo Garcia-Morales (MORALES) and additional unnamed associates, were members or associates of a criminal organization operating in Miami, Florida and elsewhere. During that period of time defendant Lier Prieto (PRIETO) was an associate of the organization.

The parties agree that during the organization operation, Lier Prieto assisted in violent and drug trafficking criminal events that involved the use of firearms.  Specifically, PRIETO assisted the organization during episodes of armed drug trafficking and participated in the group's robbery

efforts.  Prieto has acknowledged that many of the criminal events committed by the organization cannot be identified by a date and time.

## SPECIFIC EXAMPLES OF PRIETO's ACTIVITY IN THE ORGANIZATION

On September 30, 2012, LARA, R. VALHUERDIS, HERNANDEZ, MORALES, and others, attempted to conduct a home invasion robbery with a firearm of a marijuana growhouse in Miramar, Florida.  The defendants' activities on September 30, 2012 included the brandishing of a firearm.  During the attempted robbery, MORALES was shot and paralyzed by a victim.  The parties agree that the homeowner's residence had been mistakenly targeted by the organization.  PRIETO acknowledges that MORALES confessed to participating in the growhouse robbery and being shot in the course of the crime when they saw one another at Jackson memorial Hospital about 2 years later.

On October 12, 2012, LARA, R. VALHUERDIS, HERNANDEZ, and others, successfully conducted a robbery with a firearm of a gold courier in Coral Gables, Florida.  Prior to the robbery PRIETO had served worked with the organization conducting surveillance for the future Coral Gables, Florida robbery.   The Codefendants' activities on October 12, 2012 included the brandishing of a firearm.  The parties stipulate the gold taken during the robbery was worth $2,800,000 at the time.  During the gold courier robbery, the group utilized firearms.  The parties stipulate that the gold courier robbery effected interstate commerce in that the victim courier was transporting gold moved and sold across state and international lines.  PRIETO admits that he attempted to serve as a getaway driver for the armed robbery.

As part of his association with the group PRIETO learned that the conspirators shared their proceeds with MORALES.  MORALES was paid a share of the robbery proceeds based on his

effort to help commit the robbery prior to his injury on September 30, 2012. Specifically, LARA acknowledged that MORALES assisted in acts such as surveillance of the victim and others which were conducted to accomplish the gold courier robbery. PRIETO acknowledges that MORALES confessed to receiving a share of the robbery proceeds. PRIETO further learned from MORALES, that MORALES used the money to acquire narcotics which he would sell. PRIETO admits that he was going to serve as a backup getaway driver for the armed robbery.

On May 23, 2014, PRIETO was arrested for participating in a drug trafficking operating with members of the organization including J. VALHUERDIS. This prosecution resulted in a conviction under Southern District of Florida Case Number 14-20398-CR-Altonaga.

PRIETO further acknowledges participating in an unidentified marijuana growhouse robbery in Lehigh, Florida as a lookout with J. VALHUERDIS. At this time the date, time and location of the Lehigh robbery event is unknown. The parties agree that the Lehigh robbery was part of the charged conspiracy in that firearms were used in an effort to rob marijuana from the grow house.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: 4/26/2018        By: _____ for
                            IGNACIO J. VÁZQUEZ, JR.
                            ASSISTANT UNITED STATES ATTORNEY

Date: 4/26/2018        By: _____
                            BARRY WAX, ESQ.
                            ATTORNEY FOR DEFENDANT

Date: 4/26/2018        By: _____
                            LIER PRIETO
                            DEFENDANT